UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEAN JONES, <br><br> Plaintiff(s), <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant(s). | CASE NO. C24-1898-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES |

The parties have filed a stipulated motion to continue the trial date and related pretrial deadlines approximately two months. Dkt. No. 12. In light of the parties' agreement, the Court finds good cause to support a continuance, and therefore GRANTS the motion. The previous trial date and related deadlines (Dkt. No. 11) are VACATED. The Court will issue an amended case schedule based on the parties' agreed-upon trial date and consistent with the Court's standard case schedule.

Dated this 13th day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES - 1