UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEAN JONES, | CASE NO. C24-1898-KKE |
| Plaintiff(s), | ORDER VACATING TRIAL DATE |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant(s). | |

The parties participated in a mediation that has resolved this matter.  Dkt. No. 21.  The Court therefore VACATES the pretrial deadlines and trial date (Dkt. No. 14) and ORDERS the parties to file dismissal paperwork no later than April 6, 2026.

Dated this 4th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER VACATING TRIAL DATE - 1