UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEAN JONES,

               Plaintiff(s),

    v.

MICROSOFT CORPORATION,

               Defendant(s).

CASE NO. C24-1898-KKE

ORDER DISMISSING CASE

The Court GRANTS the parties' stipulated motion. Dkt. No. 23. This case is DISMISSED WITH PREJUDICE and without an award of fees or costs to either party.

Dated this 25th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1